# FORM A

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

Rev. 10/10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

**FILED**
JAMES J. VILT, JR. - CLERK
JUL 25 2025
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

SUPERSEDING AMENDED

Jeramey A Hawkins
_____

(Full name of the Plaintiff(s) in this action)

v.

Jason Woosley
Gary Skaggs
Bobby Odom
Adam Hutch
Grayson County Detention Center

(Full name of the Defendant(s) in this action)

CIVIL ACTION NO. 4:25CV-00058-JHM
(To be supplied by the clerk)

(✓) DEMAND FOR JURY TRIAL

( ) NO JURY TRIAL DEMAND
(Check only one)

## I. PARTIES

**(A) Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Jeramey A Hawkins

Place of Confinement: Grayson County Detention Center

Address: 320 Shaw Station Leitchfield Ky 42721

Status of Plaintiff: CONVICTED ( ) PRETRIAL DETAINEE (✓)

(2) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant __Jason Worsley__ is employed as __jailer__ at __Grayson County Detention Center__.

The Defendant is being sued in his/her (__) individual and/or (✓) official capacity.

(2) Defendant __Gary Skaggs__ is employed as __Medical Director__ at __Grayson County Detention Center__.

The Defendant is being sued in his/her (__) individual and/or (✓) official capacity.

(3) Defendant __Bobby Odom__ is employed as __Captain__ at __Grayson County Detention Center__.

The Defendant is being sued in his/her (__) individual and/or (✓) official capacity.

(4) Defendant __Adam Hutch__ is employed as __Captain__ at __Grayson County Detention Center__.

The Defendant is being sued in his/her (__) individual and/or (✓) official capacity.

2

(5) Defendant __County of Grayson__ is employed as _____ at _____.

The Defendant is being sued in his/her (  ) individual and/or (✓) official capacity.

## II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action? YES (✓) NO (  )   DN1  4:25-CV-00052-JHM

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): __John W. Hayes__

Defendant(s): __Jason Woosley__

Court (if federal court, name the district. If state court, name the county):

__Western__

Docket number: __4:25-CV-00058-JHM__

Name of judge to whom the case was assigned: __Joseph H McKinley Jr__

Type of case (for example, habeas corpus or civil rights action): __Civil Rights__

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?): __Class Action to Civil Rights__

Approximate date of filing lawsuit: __06/03/2025__

Approximate date of disposition: __06/22/2025__

3

### III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

In September of 2024 I was brought to Grayson County Detention Center. On 9-25-24 I filled out a medical request stating that I just got incarcerated and also that I was currently in the process of getting a shoulder replacement. I had been seeing two different Doctors and I informed medical personal at Grayson County Detention Center (GCDC) of my medical needs as well as signed a release of information so that they could obtain most recent MRI and Doctors notes. I have set here at GCDC in tremendous amounts of pain while the torn tendons in my shoulder retracted more and more due to my being denied adequate medical attention. I continued to file request asking for medical attention. I seen the provider multiple times and was told that he would check into my injury and see what he could do and nothing ever happened. Due to pain in my

4

## III. STATEMENT OF CLAIM(S) continued

shoulder I was given multiple pain medications that only upset my stomach and kept me from having an appetite. I quit taking medications for pain cause they was making me sick. I have also had to sleep in the floor due to mass and overburdened crowding and other hazardous conditions which have amounted to cruel and unusual punishment in violation of First, Fifth, Sixth, Eighth, and Fourteenth Amendments to the United States Constitution, the Americans with Disabilities Act, and title VII of the Civil Rights Act. Gary Skaggs is over medical and he has denied me further treatment. I was on a plan to fix my shoulder when/before I came in GCDC by Dr. Eades in Louisville and that has been ignored. Now the torn tendons in my shoulder are retracted and I have a lot of pain and nerve damage.

## IV. RELIEF

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

\_\_\_\_\_ award money damages in the amount of $ $3,000,000

\_\_\_\_\_ grant injunctive relief by _____

\_\_\_\_\_ award punitive damages in the amount of $ _____

\_\_\_\_\_ other: _____

## V. DECLARATION UNDER PENALTY OF PERJURY
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 22 day of July, 2025

_Jeremy Hawkins_
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on 7-23-25.

_Jeremy Hawkins_
(Signature)

6

Jeramey A Hawkins
Grayson County Detention Center
320 Shaws Station Road
Leitchfield, Ky 42754
4:25 CV-00058-JHM

GRAYSON COUNTY DETENTION CENTER

Office of the Clerk
United States District Court
Room 106 Federal Building
423 Fredrica St.
Owensboro, Ky 42301-3013



LOUISVILLE KY
23 JUL 2025 PM